DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Hoover<br><br>Case below:<br>174 N.C. App. 596 | No. 370P04-4 | Def's Motion for "Petition for a Writ on Newly Discovery Exculpatory Evidence for Appropriate Relief and Subpoena" (COA05-64) | Dismissed 01/25/07<br><br>**Hudson, J., Recused** |
| State v. Hoover<br><br>Case below:<br>174 N.C. App. 596 | No. 370P04-5 | Def-Appellant's MAR (COA05-64) | Dismissed 01/25/07<br><br>**Hudson, J., Recused** |
| State v. Huffman<br><br>Case below:<br>177 N.C. App. 565 | No. 328P06 | 1. Def's NOA Based Upon a Constitutional Question (COA05-1297)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed 01/25/07<br><br>3. Denied 01/25/07 |
| State v. Jones<br><br>Case below:<br>179 N.C. App. 864 | No. 594P06 | 1. Def's NOA Based Upon a Constitutional Question (COA05-1409)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed 01/25/07<br><br>3. Denied 01/25/07 |
| State v. Lane<br><br>Case below:<br>Wayne County<br>Superior Court | No. 606A05 | Def's Motion to Drop Appeal (Wayne County) | Dismissed 01/25/07 |
| State v. Lattimore<br><br>Case below:<br>180 N.C. App. 474 | No. 638P06 | 1. Def-Appellant's PDR (COA05-1509)<br><br>2. Def-Appellant's Alternative PWC | 1. Denied 01/25/07<br><br>2. Denied 01/25/07 |
| State v. Massey<br><br>Case below:<br>179 N.C. App. 803 | No. 592P06 | Def's PDR Under N.C.G.S. § 7A-31 (COA05-1636) | Denied 01/25/07 |
| State v. McAdams<br><br>Case below:<br>178 N.C. App. 393 | No. 416P06 | 1. Def's NOA Based Upon a Constitutional Question (COA05-992)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed 01/25/07<br><br>3. Denied 01/25/07<br><br>**Hudson, J. Recused** |